No. 25-4066

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

VICKI COFFEY,

    *Plaintiff-Appellant*,

  v.

FAST EASY OFFER, LLC, et al.,

    *Defendants-Appellees.*

Appeal from the United States District Court
for the District of Arizona (Case No. 24-cv-02725)
The Honorable Steven P. Logan

**APPELLANT'S CERTIFICATE THAT
NO TRANSCRIPT WILL BE ORDERED**

Appellant Vicki Coffey hereby certifies, pursuant to FRAP 10(b)(1)(B) and Cir. R. 10-3.1(c), that no transcript will be ordered from the district court in this matter.

Dated: July 13, 2025           Respectfully submitted,

                                           s/ Emma Freeman
                                           Emma Freeman
                                           APOLLO LAW LLC
                                           1000 Dean Street

Suite 101
Brooklyn, NY 11238
emma@apollo-law.com
(646) 363-6766

Adam W. Hansen
APOLLO LAW LLC
333 Washington Avenue North
Suite 300
Minneapolis, MN 55401

*Counsel for Appellant*